## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------

**ADEDAYO A. ADEWOLE**
**6727 Riverdale Rd., Apt E**
**Riverdale, MD 20737**

      **Plaintiff,**

      v.                        Case No. 1:08-cv-01540
                                 Assigned To: Kennedy, Henry H.
                                 Assign. Date: 9/5/2008
                                 Description: Employ. Discrim.

**PSI SERVICES, INC.**
**770 M Street, SE**
**Washington, DC 20003**

      **Defendant.**
_____

### PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

Jurisdiction and Venue

1.  The allegations in paragraph 1 constitute conclusions of law to which no

    responsive pleading is required.

2.  The allegations in paragraph 2 constitute conclusions of law to which no

    responsive pleading is required.


Facts

1.  The allegations in paragraph 1 are admitted.

2.  The allegations in paragraph 2 are admitted.

3.  The allegations in paragraph 3 are admitted.

4.  The allegations in paragraph 4 are admitted.

5.  The allegations in paragraph 5 are admitted.

6.  The allegations in paragraph 6 are admitted.

7.  The allegations in paragraph 7 are admitted.

8.  The allegations in paragraph 8 are admitted.

9.  The allegations in paragraph 9 are denied.

10.  The allegations in paragraph 10 are denied.

11.  The allegations in paragraph 11 are denied.

12.  The allegations in paragraph 12 are denied.

13.  The allegations in paragraph 13 are denied.

Claims

The allegations contained under the "Claims" section constitute conclusions of law as to which no responsive pleading is required.  To the extent a response may be required, plaintiff denies such allegations.

Affirmative Defenses

1.  Defendant's counterclaims fail to state a claim upon which relief can be granted.

2.  Defendant is not entitled to any damages.

3.  Defendant's claims are barred by the doctrines of estoppel, waiver and unclean hands.

4.  Plaintiff denies any allegations not specifically admitted herein.

5.  Plaintiff reserves the right to raise any additional defenses uncovered by discovery.

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial with regard to all issues to which he is entitled to a trial by jury.

FOR THE PLAINTIFF,

/s/ James L. Kestell
James L. Kestell   DC 955310
jlkestell@cox.net
Michael Deeds DC 466815
mikedeeds@juno.com
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046-3510
Ph:   703 237-2912
Fax:  703 237-4321